IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JEFFERY JAMES JACKSON　　　　　　　　＊

　　　Petitioner,　　　　　　　　　　　　＊

　　　v.　　　　　　　　　　　　　　　　＊  CIVIL ACTION NO. 2:05-CV-1164-F

D.T. MARSHALL, *et al.*,　　　　　　　　＊

　　　Respondents.　　　　　　　　　　　＊
_____

**O R D E R**

Pending before the court is Petitioner's application for habeas corpus relief. Petitioner has not submitted the $5.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to either provide the court with the $5.00 filing fee or with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before December 27, 2005 Petitioner either submit the $5.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. Petitioner is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a form for use in filing a motion to proceed *in forma pauperis* to Petitioner.

Done, this 13th day of December 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE