IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

JEFFERY JAMES JACKSON
PETITIONER

RECEIVED
2005 DEC 19

V.                                          CIVIL ACTION NO. 2:05-1164-F

D.T. MARSHALL (DEBRA P. HACKETT, CLK
U.S. DIST. COURT
MIDDLE DIST ALA

RESPONDENTS

AFFIDAVIT IN SUPPORT OF REQUEST TO
PROCEED IN FORMA PAUPERIS

I, JEFFERY JAMES JACKSON,

SAY THAT I AM THE PETITIONER IN THE ABOVE ENTITLED
CASE; THAT IN SUPPORT OF MY MOTION TO PROCEED WITHOUT
BEING REQUIRED TO PREPAY FEES, COSTS, OR GIVE SECURITY
THEREOF, I STATE THAT BECAUSE OF MY POVERTY I AM
UNABLE TO PAY THE COSTS OF SAID PROCEEDING OR TO GIVE
SECURITY THEREOF; THAT I BELIEVE I AM ENTITLED
TO RELIEF. I RECOGNIZE THAT I MAY BE PROSECUTED
FOR ANY FALSE STATEMENT WHICH I MAY MAKE HEREIN.

I FURTHER SWEAR THAT THE RESPONSES WHICH I
HAVE MADE TO QUESTIONS AND INSTRUCTIONS BELOW ARE
TRUE.

1. ARE YOU PRESENTLY EMPLOYED - NO
2. HAVE YOU RECIEVED WITHIN THE PAST TWELVE MONTHS
ANY MONEY FROM ANY OF THE FOLLOWING SOURCES?
A. BUSINESS - NO          D. GIFTS - NO
B. RENT PAYMENT - NO       E. ANY OTHER SOURCES - NO

SCANNED

(3) DO YOU OWN CASH, OR DO YOU HAVE MONEY IN A CHECKING OR SAVING ACCOUNT ?    NO

(4.) DO YOU OWN ANY REAL ESTATE, STOCKS, BONDS, NOTES AUTOMOBILES, OR OTHER VALUABLE PROPERTY [EXCLUDING ORDINARY HOUSEHOLD FUNISHING AND CLOTHING]?   NO

(5.) I HAVE NO DEPENDANTS.

DONE THIS THE 15TH DAY OF DECEMBER 2005.

_Jeffery J. Jackson_
SIGNATURE OF PETITIONER
PRO-SE

I LIEU OF NOTARY PUBLIC

THE INFORMATION SET FORTH IN THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON DECEMBER 15TH 2005

_Jeffery J. Jackson_
SIGNATURE OF PETITIONER

## Montgomery County Detention Facility
# INMATE REQUEST FORM

DATE: __DECEMBER 14TH 2005__    TIME: __8:00__

NAME: __JEFFERY J. JACKSON__    BOOKING # __16703__    CELLBLOCK __4C__

_Please check ONLY ONE of the following:_

| | |
|---|---|
| _____ LAUNDRY | _____ PROPERTY |
| _____ RECREATION | _____ VISITATION |
| _____ CHARGES/BOND INFORMATION | _____ FOOD SERVICE |
| _____ MAIL | _____ GENERAL LIBRARY |
| ✓ CANTEEN | _____ MONEY INFORMATION |
| _____ MEDICAL/DENTAL | _____ OTHER |

_Briefly state your request_

MS. Y. ROBINSON, I NEED (2) COPIES OF A STATEMENT OF PROOF, CONCERNING MY ACCOUNT HISTORY, DATING FROM FEB 18TH 2004 UNTIL DEC. 14TH 2005. —

THANK YOU IN ADVANCE FOR YOUR ASSISTANCE

_Jeffery Jackson_

### DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

Date: __12/15/05__    _ACTION TAKEN_    Time: _____

See Attached

Action Taken by: __Y. Robinson__
Signature

## PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

_Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition._
_Request Forms will be completed and placed in inmate's file._

RESIDENT HISTORY REPORT

Montgomery County Jail
12/15/05 12:25
ST 001 / OPR YR

Booking Number      :   16703
Resident Name       :   JACKSON, JEFFERY JAMES
Time Frame          :   02/18/2004 12:28 - 12/15/2005 12:24

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/21/2005 | 10:02 | Rec Payment | | | | | |
| 04/04/2005 | 09:28 | Order | 3 | amw | C93498 | 0.64 | 0.00 |
| 04/07/2005 | 09:15 | Order | 3 | ttm | C94716 | 0.00 | 0.00 |
| 04/11/2005 | 09:59 | Order | 3 | ttm | C94976 | 0.00 | 0.00 |
| 04/14/2005 | 09:08 | Order | 3 | ttm | C95240 | 0.00 | 0.00 |
| 04/18/2005 | 09:26 | Order | 3 | amw | C95552 | 0.00 | 0.00 |
| 04/21/2005 | 09:35 | Order | 3 | ttm | C96016 | 0.00 | 0.00 |
| 04/25/2005 | 10:05 | Order | 3 | amw | C96322 | 0.00 | 0.00 |
| 05/02/2005 | 09:31 | Order | 3 | amw | C96656 | 0.00 | 0.00 |
| 05/05/2005 | 09:26 | Order | 3 | amw | C97266 | 0.00 | 0.00 |
| 05/09/2005 | 09:33 | Order | 3 | amw | C97587 | 0.00 | 0.00 |
| 05/12/2005 | 10:20 | Order | 3 | amw | C97773 | 0.00 | 0.00 |
| 05/16/2005 | 09:37 | Order | 3 | amw | C98270 | 0.00 | 0.00 |
| 05/19/2005 | 10:42 | Order | 3 | ndw | C98581 | 0.00 | 0.00 |
| 05/23/2005 | 11:59 | Order | 3 | ndw | C98825 | 0.00 | 0.00 |
| 05/26/2005 | 12:00 | Order | 3 | ndw | C99101 | 0.00 | 0.00 |
| 06/02/2005 | 14:06 | Order | 3 | ndw | C99465 | 0.00 | 0.00 |
| 06/06/2005 | 12:02 | Order | 3 | ndw | C99718 | 0.00 | 0.00 |
| 06/09/2005 | 09:10 | Order | 3 | ndw | C100197 | 0.00 | 0.00 |
| 06/13/2005 | 08:56 | Order | 3 | ndw | C100338 | 0.00 | 0.00 |
| 06/16/2005 | 09:55 | Order | 3 | ndw | C100714 | 0.00 | 0.00 |
| 06/20/2005 | 10:15 | Order | 3 | ndw | C100953 | 0.00 | 0.00 |
| 06/23/2005 | 08:34 | Order | 3 | ndw | C101529 | 0.00 | 0.00 |
| 06/27/2005 | 08:58 | Order | 3 | ndw | C101657 | 0.00 | 0.00 |
| 06/30/2005 | 10:21 | Order | 3 | ndw | C101968 | 0.00 | 0.00 |
| 07/07/2005 | 08:44 | Order | 3 | srmJW | C102361 | 0.00 | 0.00 |
| 07/11/2005 | 13:04 | Order | 3 | ndw | C102644 | 0.00 | 0.00 |
| 07/14/2005 | 09:03 | Order | 3 | ndw | C103120 | 0.00 | 0.00 |
| 07/18/2005 | 08:28 | Order | 3 | ndw | C103323 | 0.00 | 0.00 |
| 07/21/2005 | 08:38 | Order | 3 | ndw | C103736 | 0.00 | 0.00 |
| 07/25/2005 | 09:04 | Order | 3 | ndw | C104083 | 0.00 | 0.00 |
| 07/28/2005 | 08:37 | Order | 3 | ndw | C104413 | 0.00 | 0.00 |
| 08/01/2005 | 09:03 | Order | 3 | ndw | C104706 | 0.00 | 0.00 |
| 08/04/2005 | 09:15 | Order | 3 | ndw | C104851 | 0.00 | 0.00 |
| 08/08/2005 | 09:02 | Order | 3 | ndw | C105343 | 0.00 | 0.00 |
| 08/11/2005 | 09:25 | Order | 3 | ndw | C105620 | 0.00 | 0.00 |
| 08/15/2005 | 08:45 | Order | 3 | ndw | C106022 | 0.00 | 0.00 |
| 08/18/2005 | 10:23 | Order | 3 | ndw | C106218 | 0.00 | 0.00 |
| 08/22/2005 | 08:54 | Order | 3 | ndw | C106505 | 0.00 | 0.00 |
| 08/25/2005 | 08:44 | Order | 3 | ndw | C106724 | 0.00 | 0.00 |
| 08/29/2005 | 09:32 | Order | 3 | ndw | C107037 | 0.00 | 0.00 |
| 09/01/2005 | 09:41 | Order | 3 | ndw | C107430 | 0.00 | 0.00 |
| 09/08/2005 | 08:59 | Order | 3 | ndw | C107835 | 0.00 | 0.00 |
| 09/12/2005 | 09:51 | Order | 3 | ndw | C108135 | 0.00 | 0.00 |
| 09/15/2005 | 09:58 | Order | 3 | ndw | C108462 | 0.00 | 0.00 |
| 09/19/2005 | 09:00 | Order | 3 | ndw | C108783 | 0.00 | 0.00 |
| 09/22/2005 | 08:53 | Order | 3 | ndw | C109082 | 0.00 | 0.00 |
| 09/26/2005 | 11:01 | Order | 3 | ndw | C109493 | 0.00 | 0.00 |
| 09/29/2005 | 10:22 | Order | 3 | ndw | C109645 | 0.00 | 0.00 |
| 10/03/2005 | 09:35 | Order | 3 | ndw | C110098 | 0.00 | 0.00 |
| 10/06/2005 | 10:03 | Order | 3 | ndw | C110382 | 0.00 | 0.00 |
| 10/10/2005 | 08:33 | Order | 3 | ndw | C110534 | 0.00 | 0.00 |
| 10/13/2005 | 10:02 | Order | 3 | ndw | C110854 | 0.00 | 0.00 |
| 10/17/2005 | 09:02 | Order | 3 | ndw | C111167 | 0.00 | 0.00 |
| 10/20/2005 | 09:39 | Order | 3 | ndw | C111457 | 0.00 | 0.00 |
| 10/24/2005 | 10:10 | Order | 3 | ndw | C111766 | 0.00 | 0.00 |
| 10/27/2005 | 10:09 | Order | 3 | ndw | C112092 | 0.00 | 0.00 |
| 10/31/2005 | 09:38 | Order | 3 | ndw | C112417 | 0.00 | 0.00 |
| | | | 3 | ndw | C112699 | 0.00 | 0.00 |

RESIDENT HISTORY REPORT

Montgomery County Jail
12/15/05 12:25
ST 001 / OPR YR

Booking Number        :  16703
Resident Name         :  JACKSON, JEFFERY JAMES
Time Frame            :  02/18/2004 12:28 - 12/15/2005 12:24

----------------------------------------------------------------------------------------------

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|-----|-----|-----------|--------|---------|
| 11/07/2005 | 09:32 | Order | 3 | ndw | C113306 | 0.00 | 0.00 |
| 11/10/2005 | 11:03 | Order | 3 | ndw | C113639 | 0.00 | 0.00 |
| 11/14/2005 | 09:30 | Order | 3 | ndw | C113914 | 0.00 | 0.00 |
| 11/17/2005 | 09:19 | Order | 3 | ndw | C114219 | 0.00 | 0.00 |
| 11/21/2005 | 08:28 | Order | 3 | ndw | C114528 | 0.00 | 0.00 |
| 11/28/2005 | 09:33 | Order | 3 | ndw | C114896 | 0.00 | 0.00 |
| 12/06/2005 | 14:42 | Order | 3 | ndw | C115705 | 0.00 | 0.00 |
| 12/08/2005 | 08:48 | Order | 3 | srmJW | C116002 | 0.00 | 0.00 |
| 12/12/2005 | 09:38 | Order | 3 | ndw | C116293 | 0.00 | 0.00 |