IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JEFFERY JAMES JACKSON            *

    Petitioner,                       *

    v.                                 * CIVIL ACTION NO. 2:05-CV-1164-F

D.T. MARSHALL, *et al.*,              *

    Respondents.                 *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave To Proceed *In Forma Pauperis* (Doc. No. 3), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 28th day of December 2005.

                                        /s/ Delores R. Boyd
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE