IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON
   PETITIONER,

v.                                            CIVIL ACTION NO. 2:05-CV-1164-F

D.T. MARSHALL, et al.,
   RESPONDENTS.

MOTION FOR ASSISTANCE, ATTORNEY AND ORDER

COMES NOW, THE PETITIONER JEFFERY J. JACKSON PRO SE AND MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE. IN SUPPORT OF THIS MOTION, THE PETITIONER STATES THE FOLLOWING:

(1.) THE PETITIONER IS INDIGENT AND HAS BEEN CHARGED WITH MURDER AND ROBBERY WRONGFULLY WITHOUT REPRESENTATION OR COUNSEL.

(2.) THE PETITIONER RESPECTFULLY REQUEST THAT THIS HONORABLE COURT ORDER D.T. MARSHALL, et al., TO ALLOW THE PETITIONER ADEQUATE TIME IN THE LAW LIBRARY FOR THE PURPOSE OF PRESENTING HIS DEFENSE PROPERLY. THE MONTGOMERY CO. DETENTION FACILITY ALLOWS EACH INMATE ONLY (15) MINUTES TO VIEW LAW BOOKS A WEEK. PETITIONER SEEKS AN ORDER TO RECIEVE AT LEAST (3) HOURS A WEEK.

RESPECTFULLY SUBMITTED THIS THE 1ST DAY OF JANUARY 2006.

                                                        Jeffery J. Jackson