**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King
   Attorney General's Office
   Alabama State House
   11 South Union Street
   Montgomery, AL 36130-0152

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   J. Gunn

C. Date of Delivery
   1/3/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1164-T
   C+O            20

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from *service label*)
   7005 0390 0000 5269 3797

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540