IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY JAMES JACKSON | * |
| Petitioner, | * |
| v. | * 2:05-CV-1164-MEF-DRB |
| D.T. MARSHALL, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Appointment of Counsel filed on January 4, 2006, and for good cause, it is

ORDERED that the motion (Doc. No. 7) be and is hereby DENIED.  The request my be reconsidered if warranted by further developments in this case.

Petitioner's January 4 pleading also contains a request for a court order directing Sheriff Marshall to allow Petitioner more time in the law library than he is currently receiving. Upon consideration of Petitioner's request, which the court construes as a Motion for Court order, and for good cause, it is

ORDERED that the motion (Doc. No. 7) is DENIED.

Done this 9th day of January 2006.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE