IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-1164-MEF-DRB |
| D.T. MARSHALL, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Amend petition, and for good cause, it is

ORDERED that the motion (Doc. No. 8) be and is hereby GRANTED.

The Clerk of Court is DIRECTED to serve a copy of the amended petition on the Attorney General for the State of Alabama. An answer to the petition, as amended, shall be filed on or before January 23, 2006 in accordance with the court's December 28, 2005 order of procedure.

Done this 9th day of January 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE