| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Taylor_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  1/10/06 |
| 1. Article Addressed to:<br><br>Troy King<br>Attorney General's Office<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130-0152 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV1164-F<br>#11 order |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 4865 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540