```
ACR0372            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2004 000487.00
OPER: BIM                   CASE ACTION SUMMARY
PAGE:  1                     DISTRICT  CRIMINAL              RUN DATE: 02/19/2004
IN THE DISTRICT COURT OF MONTGOMERY                              JUDGE: LUM
```

STATE OF ALABAMA                VS      JACKSON JEFFERY JAMES
CASE: DC 2004 000487.00                 174 LAUDERDALE DR

                                        MONTGOMERY, AL  36116 0000

DOB: 05/12/1958        SEX: M  RACE: B  HT: 6 00  WT: 180   HR:    EYES:
SSN: 418965722   ALIAS NAMES:

CHARGE01: MURDER              CODE01: MURD  LIT: MURDER         TYP: F #: 001
OFFENSE DATE: 02/09/2004             AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                    DATE ARRESTED: 02/18/2004
DATE    INDICTED:                    DATE    FILED: 02/19/2004
DATE    RELEASED:                    DATE  HEARING:
BOND    AMOUNT:       $50,000.00       SURETIES:

DATE 1: 02/19/2004   DESC: CALL         TIME: 0130 P
DATE 2:              DESC:              TIME: 0000

TRACKING NOS:

   DEF/ATY:                       TYPE:                        TYPE:

                          00000                   00000

PROSECUTOR:

```
OTH CSE:   000000000000  CMP/TICKET NO: 2004-306        GRAND JURY:
COURT REPORTER:            SID NO:      000000000
DEF STATUS: JAIL          DEMAND:                          OPER: BIM
DATE      ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 2/19/04 | DEFENDANT ADVISED OF CHARGES, RIGHT TO DEMAND PRELIMINARY HEARING WITHIN 30 DAYS OF ARREST, RIGHT TO COUNSEL, AND THAT BOND IS SET AT $ 50,000— *from Charley Bright* — DISTRICT JUDGE |
| 3/9/04 | DEFENDANT'S REQUEST FOR *& appointed attorney* PRELIMINARY HEARING FILED |
| 3/12/04 | *Todd Carter, Esq. Appointed Counsel Preliminary Hearing to be set Pres.* |
| 3-16-04 | *Hearing set for 3-26-04* |
| 3-16-04 | SUBPOENAS ISSUED FOR STATE & DEFT — *served* |
| 3-26-04 | THE COURT HAVING HEARD THE EVIDENCE IN A PRELIMINARY HEARING, FINDS PROBABLE CAUSE THAT THE OFFENSE WAS COMMITTED AND BINDS THE DEFENDANT OVER TO THE GRAND JURY. JUDGE |



EXHIBIT
4-1

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT AND<br>AFFIDAVIT | THE DISTRICT COURT<br>CASE NO. D04487 |
|---|---|---|

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Montgomery County, Alabama, personally appeared
DET. G. NAQUIN

who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months within said County on or about (date) 2/9/2004                one   JEFFERY JAMES JACKSON                ,

did intentionally cause the death of  MARK CIEUTAT                              , by

ROBBING THE VICTIM WHO WAS CRUSHED          with a       VEHICLE (HANDGUN)

in violation of 13A-6-2 of the Code of Alabama, against the peace and dignity of the State of Alabama.

Sworn to and Subscribed before me this the      11

FEBRUARY

day of _____ 19 2004

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

_____
Complainant's Signature

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT OF ARREST | THE DISTRICT COURT |
|---|---|---|

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are thereof commanded to arrest      JEFFERY JAMES JACKSON

and bring him/her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of

MURDER

and have you then and there this writ with your return thereon

Dated this     11     day of     FEBRUARY          19 2004

The Sheriff will take bond in the sum of $    50,000.00
FIFTH THOUSAND DOLLARS

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

WARRANT NO. 2004F 706

| WARRANT OF ARREST<br>THE DISTRICT COURT OF<br>MONTGOMERY COUNTY, ALABAMA | STATE WITNESSES | Defendant's Address: 174 Lauderdale Dr.<br>UNKNOWN   Mtg 36116 |
|---|---|---|
| | DET. G. NAQUIN 115    MPD | Race: BLACK            Sex: MALE |
| THE STATE OF ALABAMA | | DOB: 5/12/1958 |
| v. | | DL No.: |
| | | S.S. Number: 418965722 |
| JEFFERY JAMES JACKSON | RECEIVED<br>FEB 19 2004<br>DISTRICT COURT | Employment: 6' 180 |
| | | Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail<br>This 18 day of<br>Feb 19 2004<br>_____ Sheriff |

Case# 04-03173

AFFIDAVIT

Warrant Log No.
2004F 306

DISTRICT COURT OF MONTGOMERY ALABAMA

Complete following information on the OFFENSE and DEFENDANT/OFFENDER

Offense: Murder

Defendant's Name: Jeffery James Jackson B/M          DOB: 05/12/58

Defendant's Address: Unknown

Date and Time of Offense: 02/09/04 @ 2232 hours

Place of Occurrence: I-85 South Entrance Ramp at Taylor Rd. Montg Al

Person or Property Attacked: Mark Cieutat W/M

How Attacked: Killed during apparent Robbery

Damage Done or Property Attacked: damage to victim's vehicle

Value of Property: unknown

Details of Offense:

Co-Defendant(s): NONE AT THIS TIME

On the date and time listed the victim was crushed to death during an apparent robbery by the defendant who was armed with a handgun.

This offense occured within the City of Montgomery, Montgomery County, Al. in violation of 13A-06-02 of the Alabama Criminal Code, against the peace and dignity of the state of Alabama.

I make this affidavit for the purpose of securing a warrant against the said Jeffery James Jackson B/M          . I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this 11 day of February , 20 04.

_____          _____
Judge - Clerk - Magistrate                              Complainant

WITNESSES: (name, address, telephone number)

DET. G. Naquin      MPD          241-2831

RECEIVED
FEB 1 9 2004
DISTRICT COURT