```
ACR0372             ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2004 000488.00
OPER: BIM                  CASE ACTION SUMMARY
PAGE:    1                  DISTRICT   CRIMINAL           RUN DATE: 02/19/2004
IN THE DISTRICT COURT OF MONTGOMERY
                                                          JUDGE: LUM
STATE  OF  ALABAMA                   VS    JACKSON JEFFERY JAMES
                                           174 LAUDERDALE DR
CASE: DC 2004 000488.00
                                           MONTGOMERY, AL   36116 0000
DOB: 05/12/1958       SEX: M  RACE: B  HT: 6 00  WT: 180   HR:      EYES:
SSN: 418965722  ALIAS NAMES:

CHARGE01: ROBBERY 1ST            CODE01: 0081  LIT: ROBBERY 1ST   TYP: F #: 001
OFFENSE DATE: 02/09/2004                 AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                        DATE ARRESTED: 02/18/2004
DATE    INDICTED:                        DATE    FILED: 02/19/2004
DATE    RELEASED:                        DATE  HEARING:
BOND     AMOUNT:    $30,000.00                SURETIES:

DATE 1: 02/19/2004  DESC: CALL            TIME: 0130 P
DATE 2:             DESC:                 TIME: 0000

TRACKING NOS:                   /                      /

    DEF/ATY:                      TYPE:                          TYPE:

                                 00000                          00000
PROSECUTOR:

OTH CSE:  00000000000  CHK/TICKET NO: 2004-305      GRAND JURY:
COURT REPORTER:                SID NO:    000000000
DEF STATUS: JAIL               DEMAND:                    OPER: BIM

DATE        ACTIONS, JUDGEMENTS, AND NOTES
```

| Date | Action |
|---|---|
| 2/19/04 | DEFENDANT ADVISED OF CHARGES, RIGHT TO DEMAND PRELIMINARY HEARING WITHIN 30 DAYS OF ARREST, RIGHT TO COUNSEL, AND THAT BOND IS SET AT $ 30,000 — _Lynn Clardy Bright_ DISTRICT JUDGE |
| 3/9/04 | DEFENDANT'S REQUEST FOR PRELIMINARY HEARING FILED + appointed attorney |
| 3/12/04 | Todd Carter Esq. appointed Counsel. Preliminary hearing to be set Lum |
| 3-16-04 | Hearing set for 3-26-04 |
| 3-26-04 | THE COURT HAVING HEARD THE EVIDENCE IN A PRELIMINARY HEARING, FINDS PROBABLE CAUSE THAT THE OFFENSE WAS COMMITTED AND BINDS THE DEFENDANT OVER TO THE GRAND JURY. /s/ Lum JUDGE |



EXHIBIT A-2

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>2004F00305 |
|---|---|---|
| Form C65 (front)   Revised 11/92 | | Case Number<br>DC04-988 |

IN THE ___DISTRICT___ COURT OF ___MONTGOMERY,___ ___ALABAMA___
(Circuit, District, or Municipal)   Name of Municipality or County

[X] STATE OF ALABAMA   [ ] MUNICIPALITY OF _____

v. JEFFERY JAMES JACKSON _____, Defendant

---

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

[X] Probable cause has been found on Complaint filed in this Court Against (name or description of person to be arrested)
JEFFERY JAMES JACKSON

Charging: [description of offense(s)] **ROBBERY FIRST DEGREE**

in violation of  §13A-8-41 Code of Alabama 1975  ; OR

[ ] An indictment has been returned by the Grand Jury of this county against (name of person to be arrested)

Charging: [description of offense(s)]

in violation of

[X] **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this Court to answer the charges against that person and have with you then and there this warrant with your return thereon. If a judge or magistrate of this Court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible judge or magistrate in the county of arrest.

[X] You may release the accused person without taking the accused person before a judge or magistrate:

  [X] If the accused person enters into a bond in the amount of $ __30,000.00__ with two good sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk; OR

  [X] If the accused person posts an appearance bond in the amount of $ __30,000.00__

  [ ] On his or her personal recognizance.

RECEIVED
FEB 1 2006
DISTRICT COURT

February 11, 2004 at 5:23 PM
Date                                                          Judge/Magistrate/Clerk

| Form C-65 (back) Rev. 11/92 | WARRANT OI ARREST (Felonies, Misdemeanors, or Violations) |

### CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **ARREST WARRANT** by arresting the accused person names (or Described) therein _1128 1HrS_ o'clock [✓] a.m. [ ] p.m., on the _18_ day of _Feb_, _04_, in _MONTGOMERY_ COUNTY, ALABAMA.

After arrest, the accused person was:

[ ] Released as authorized at _____ o'clock [ ] a.m. [ ] p.m., _____

[ ] Taken before [ ] Judge [ ] Magistrate at _____ o'clock [ ] a.m. [ ] p.m.,

[✓] Placed in jail at _1140 Hrs_ o'clock [✓] a.m. [ ] p.m. _18 Feb 04_

Date: _2-18-04_    Signature/Title/Agency: _N/Hrxuk_

### IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | | Telephone Number | |
|---|---|---|---|---|---|---|
| JEFFERY JAMES JACKSON | | | | | | |
| Social Security Number | Date of Birth 05/12/1958 | Age | Race B | Sex M | Height 600 | |
| Weight 180 | Hair Black | Eyes Brown | Drivers License Number & State of Issue | | | |
| Address | | City | | State | Zip Code | |
| Name of Employer | | | | Employer's Telephone Number | | |
| Address | | City | | State | Zip Code | |

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

### ACKOWLEDGMENT BY ACCUSED PERSON

[ ] I hereby acknowledge that at the time of my release I was directed to appear in person before the court, as follows:

Place: _____
Date: _____
Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharge.

[ ] I promise to appear as directed before the court, as follows:

Place _____
Date: _____
Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharge.

Date _____    Signature of Accused _____

Case# 04-03173

**AFFIDAVIT**

DISTRICT COURT OF MONTGOMERY ALABAMA

Warrant Log No. 2004F 305

---

Complete following information on the OFFENSE and DEFENDANT/OFFENDER

Offense: <u>Robbery 1st Degree</u>

Defendant's Name: <u>Jeffery James Jackson B/M</u>     DOB: <u>05/12/58</u>

Defendant's Address: <u>Unknown</u>

Date and Time of Offense: <u>02/09/04 @ 2232 hours</u>

Place of Occurrence: <u>I-85 South Entrance Ramp at Taylor Rd. Montg Al</u>

Person or Property Attacked: <u>Mark Cieutat W/M</u>

How Attacked: <u>Killed during apparent Robbery</u>

Damage Done or Property Attacked: <u>damage to victim's vehicle</u>

Value of Property: <u>unknown</u>

Details of Offense:

Co-Defendant(s): NONE AT THIS TIME

On the date and time listed the victim was crushed to death during an apparent robbery by the defendant who was armed wit a handgun.

This offense occured within the City of Montgomery, Montgomery County, Al. in violation of 13A-08-41 of the Alabama Criminal Code, against the peace and dignity of the state of Alabama.

I make this affidavit for the purpose of securing a warrant against the said <u>Jeffery James Jackson B/M</u>. I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me this <u>11</u> day of <u>Febuary</u>, 20 <u>04</u>.

_____      _____
Judge - Clerk - Magistrate                          Complainant

RECEIVED
FEB 19 2004
DISTRICT COURT

WITNESSES: (name, address, telephone number)

<u>DET. G. Naquin    MPD</u>     <u>241-2831</u>

| State of Alabama<br>Unified Judicial System | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations-<br>District Court or Municipal Court) | Warrant Number<br>2004F00305 |
|---|---|---|
| Form CR-6   Revised 8/98 | | Case Number |

IN THE ___DISTRICT___ COURT OF ___MONTGOMERY,___ ALABAMA
(Circuit, District or Municipal)   (Name of Municipality or County)

[X] STATE OF ALABAMA
[ ] MUNICIPALITY OF MONTGOMERY v.   JEFFERY JAMES JACKSON
                                                                    **Defendant**

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **JEFFERY JAMES JACKSON**, defendant whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about 02/09/2004 (date of occurrence) commit the offense of **ROBBERY FIRST DEGREE** within the

[X] County of   MONTGOMERY
[ ] City/Town of _____ or in the police jurisdiction thereof, in that he/she did:
(State specific facts here. Continue on a separate sheet of paper if needed) in the course of committing a theft of property, as stated or described in the attached Affidavit, use force or threaten the imminent use of force against the said person or another person present, with the intent to overcome his/her physical resistance or physical power of resistance, or to compel the acquiescence to the taking of or escaping with the property (select as appropriate):

(a)(1) [X] while the Defendant was armed with a deadly weapon or dangerous instrument as stated or described in the attached Affidavit;
(a)(2) [ ] and at the time caused serious physical injury to said person or another person as stated or described in the attached Affidavit.

in violation of
[X] Section   13A-8-41   , Code of Alabama 1975.
[ ] Municipal Ordinance Number _____, which embraces Section _____
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
[ ] Other _____

Sworn to and Subscribed before me this
_11_ day of
FEBRUARY 2004
_____
Judge/Magistrate/Warrant Clerk

_____
Complainant
MPD
Address
_____
Telephone Number

RECEIVED
FEB 13 2004
DISTRICT COURT

**WITNESSES**

| Name | Address | Telephone Number |
|---|---|---|
| | | |

Additional Witnesses on Reverse Side.