```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM          CASE: DC 2004 000487.00
OPER: DBH                      CASE ACTION SUMMARY
PAGE:    1                     DISTRICT    CRIMINAL                 RUN DATE: 06/23/2005
===========================================================================================
   THE DISTRICT COURT OF MONTGOMERY                                         JUDGE: LUM

STATE   OF   ALABAMA                  VS       JACKSON JEFFERY JAMES
                                               174 LAUDERDALE DR
CASE: DC 2004 000487.00
                                               MONTGOMERY, AL    36116 0000

DOB: 05/12/1958           SEX: M   RACE: B   HT: 6 00   WT: 180   HR:        EYES:
SSN: 418965722   ALIAS NAMES:
-------------------------------------------------------------------------------------------
CHARGE01: MURDER                   CODE01: MURD   LIT: MURDER           TYP: F #: 001
OFFENSE DATE: 02/09/2004                   AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                          DATE ARRESTED: 02/18/2004
DATE    INDICTED:                          DATE    FILED: 02/19/2004
DATE    RELEASED:                          DATE  HEARING:
    BOND AMOUNT:         $50,000.00           SURETIES:

DATE 1: 03/26/2004   DESC: PLMH            TIME: 0900 A
DATE 2:              DESC:                 TIME: 0000

TRACKING NOS:                          /

   DEF/ATY: DURANT WINSTON D              TYPE: A                            TYPE:
            445 C   S. MCDONOUGH ST

            MONTGOMERY       AL 36104

PROSECUTOR: BAILEY DARYL DONALD
```

EXHIBIT A-3

```
===========================================================================================
OTH CSE:     000000000000  CHK/TICKET NO: 2004-306           GRAND JURY: HOBBS
COURT REPORTER: _____  SID NO:      000000000
    STATUS: JAIL                   DEMAND:                           OPER: REG
===========================================================================================
  TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES                              OPE
===========================================================================================
| 02/19/2004 | ASSIGNED TO: (LUM) LUCIE MCLEMORE              (AR01)        BIM
|------------|----------------------------------------------------------------
| 02/19/2004 | INITIAL STATUS SET TO: "J" - JAIL              (AR01)        BIM
|------------|----------------------------------------------------------------
| 02/19/2004 | FILED ON: 02/19/2004                           (AR01)        BIM
|------------|----------------------------------------------------------------
| 02/19/2004 | DEFENDANT ARRESTED ON: 02/18/2004              (AR01)        BIM
|------------|----------------------------------------------------------------
| 02/19/2004 | BOND SET AT: $50000.00                         (AR01)        BIM
|------------|----------------------------------------------------------------
| 02/19/2004 | SET FOR:  FIRST CALL ON 02/19/2004 AT 0130P    (AR01)        BIM
|------------|----------------------------------------------------------------
| 02/19/2004 | CHARGE 01: MURDER/#CNTS: 001                   (AR01)        BIM
|------------|----------------------------------------------------------------
| 02/19/2004 | CASE ACTION SUMMARY PRINTED                    (AR01)        BIM
|------------|----------------------------------------------------------------
| 03/16/2004 | ATTORNEY FOR DEFENDANT: CARTER ANTHONY TODD    (AR10)        BIM
|------------|----------------------------------------------------------------
| 03/16/2004 | SET FOR: PREL HEARING ON 03/26/2004 AT 0900A   (AR10)        BIM
|------------|----------------------------------------------------------------
| 03/16/2004 | APPOINTMENT OF COUNSEL  SENT TO DEF ATTY 1     (AR09)        BIM
|------------|----------------------------------------------------------------
| 03/16/2004 | PARTY ADDED    W001   G NAQUIN #115            (AW21)        BIM
|------------|----------------------------------------------------------------
| 03/16/2004 | WITNESS SUBPOENA ISSUED                        AWP24         BIM
|------------|----------------------------------------------------------------
| 04/01/2004 | CHARGE 01: MURDER/#CNTS: 001                   (AR22)        BIM
|------------|----------------------------------------------------------------
| 04/01/2004 | CHARGE 01 DISPOSED BY: BOUND OVER ON: 03/26/2004             BIM
|------------|----------------------------------------------------------------
| 04/01/2004 | ENFORCEMENT STATUS SET TO: "N"                 (AR22)        BIM
|------------|----------------------------------------------------------------
| 04/05/2004 | COURT TRANSCRIPT ISSUED ON: 04/05/2004         (AR08)        BIM
|------------|----------------------------------------------------------------
```

```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: DC 2004 000487.00
OPER: DBH                     CASE ACTION SUMMARY
PAGE:   2                      DISTRICT  CRIMINAL                 RUN DATE: 06/23/2005
==========================================================================================
IN THE DISTRICT COURT OF MONTGOMERY                                          JUDGE: LUM
STATE  OF  ALABAMA                      VS      JACKSON JEFFERY JAMES
                                                174 LAUDERDALE DR
  E: DC 2004 000487.00
                                                MONTGOMERY, AL  36116 0000
DOB: 05/12/1958          SEX: M  RACE: B  HT: 6 00  WT: 180   HR:       EYES:
SSN: 418965722   ALIAS NAMES:
==========================================================================================
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | OPE |
|---|---|---|---|
| 03/11/2005 | DISPOSITION JUDGE ID CHANGED FROM:       TO: LUM | | REG |
| 03/11/2005 | ATTORNEY FOR DEFENDANT: DURANT WINSTON D | (AR10) | REG |
| 05/09/2005 | MOTION TO DISMISS COMPLAINT AND CHARGE-HOBBS | | TOR |
| 06/23/2005 | APPEAL DATE CHANGED FROM: 00/00/0000 | (AR11) | DBH |
| 06/23/2005 | ATTY 1 TYPE CHANGED FROM: | (AR11) | DBH |
| 06/23/2005 | IRA TYPE CHANGED FROM: | (AR11) | DBH |
| 06/23/2005 | ATYW TYPE CHANGED FROM: | (AR11) | DBH |
| 06/23/2005 | PROSECUTOR CHANGED FROM: | (AR11) | DBH |
| 06/23/2005 | ATTY 1 CHANGED FROM: | (AR11) | DBH |
| 06/23/2005 | APPEAL TYPE CHANGED FROM: | (AR11) | DBH |
| 06/23/2005 | INDTRL TYPE CHANGED FROM: | (AR11) | DBH |
| 06/23/2005 | CASE ACTION SUMMARY PRINTED | (AR08) | DBH |
| 05/11/05 | Notice of appeal w/out forms | | |
| 06/23/05 | Appl transmittal to Crim. Appls, AG, DA & atty w/ forms | | |
| 11-1-05 | Certificate of Final Judgment of Dismissal | | |