## COMMITMENT AFTER COURT PROCEEDING

STATE OF ALABAMA  }  DC04-487-488
MONTGOMERY, COUNTY   IN THE DISTRICT COURT, MONTGOMERY COUNTY

TO THE JAILOR OF MONTGOMERY COUNTY:

You are hereby commanded to receive into custody **Jeffery Jackson** charged with **Murder + Robbery 1st** for whom preliminary examination was conducted this date and said defendant bound over to await the action of the Grand Jury.

OR You are hereby commanded to receive into custody .................... convicted this .......... day of .............., .........., of the offense of .............. and fined .................... Dollars and ............ costs of the prosecution; In default of the payment of said fine and costs, Defendant is sentenced to hard labor for Montgomery County for .......... days for said fine and .......... days for said costs.

And as additional punishment in this case, Defendant is sentenced to ........ days in the Montgomery County Jail.

Sentence to begin on the ....... day of ..................
Circuit Court Appearance or Appeal Bond fixed at **$50,000 + $30,000** Dollars.
Dated **26** day of **March**, **04**.

_Lucie McLemore_ BM
Judge or Clerk of District Court, Montgomery County

EXHIBIT B