16703

THE STATE OF ALABAMA
MONTGOMERY COUNTY

RECEIVED
FEB 19 2004
DISTRICT COURT

IN THE DISTRICT COURT, MONTGOMERY COUNTY

DC04-487-488

Bokor
LOK #158
J-
$0.00

To The Jailor of Montgomery County;

You are hereby commanded to receive into custody

Jeffery James Jackson

charged with the offense of  Robbery I 04F-305 / Murder 04F-306

and hold him for hearing in this court on  the sch

B/M 45

5-12-58

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

6'0"

180 lbs

BlK hair

Bro eyes

Bond fixed at  $30,000 / $50,000                Dollars

Dated  2-18-    .  04

Melissa Bittenpow
Judge–Clerk, District Court, Montgomery County

MPD Naquin
174 Lauderdale Drive
Mtgy, AL  36116


EXHIBIT
C
tabbies