# Alabama Court of Criminal Appeals Docket Sheet

**CR-04-2118**  **PET : Writ of Habeas Corpus**  **CR-04-2118**

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson) (Montgomery District Court: DC04-487, DC04-488)

## EXPEDITED

**Petition Filed : 07/24/2005**       Docketed 07/26/2005 CC
                                      Last Updated  / /      CC

### Post Judgment Motions

### Attorneys & Officials

| | | |
|---|---|---|
| Circuit Clerk | Melissa Rittenour | Montgomery, AL (334) 832-1289 |
| Pro Se Pet. | Jeffery James Jackson | Montgomery, AL ( ) - |
| District Judge for Resp. | Lucie U. McLemore | Montgomery, AL (334) 832-1391 |
| A.G. for Resp. | Troy King | Montgomery, AL (334) 242-7300 |
| D. A. for Resp. | Eleanor Idelle Brooks | Montgomery, AL (334) 832-2550 |

### Case Actions / Postings

| | |
|---|---|
| 07/24/2005 | Petition for Writ of Habeas Corpus filed (rec'd 07/26/05) |
| 08/02/2005 | **Petition Denied** |
| 09/04/2005 | Petition for writ of habeas corpus filed with the SC#1041851. |
| 09/28/2005 | Order from SC#1041851 petition for a writ of habeas corpus denied. |

*END OF DOCKETING INFORMATION*



EXHIBIT E

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

## CR-04-2118

Ex parte Jeffery James Jackson   (In re: State of Alabama vs. Jeffery James Jackson)
(Montgomery District Court: DC04-487, DC04-488)

### ORDER

Upon consideration of the above referenced Petition for Writ of Habeas Corpus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby denied.

Done this the 2nd day of August, 2005.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
Jeffery James Jackson, Pro Se
Hon. Lucie U. McLemore, District Judge
Hon. Troy King, Attorney General
Hon. Eleanor Idelle Brooks, District Attorney

Prude
83722

IN THE SUPREME COURT OF ALABAMA
September 28, 2005

1041851

Ex parte Jeffery James Jackson. PETITION FOR WRIT OF HABEAS CORPUS (In re: State of Alabama vs. Jeffery James Jackson) (Montgomery District Court: DC04-487, DC04-488; Criminal Appeals: CR-04-2118).

ORDER

The petitioner having presented to the Court the petition for a writ of habeas corpus, and the same having been duly examined by the Court,

IT IS ORDERED that the petition for a writ of habeas corpus is denied.

Nabers, C.J., and See, Harwood, Stuart, and Bolin, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 28th day of Sept., 20 05

Robert G Esdale, Sr
Clerk, Supreme Court of Alabama

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA

04-2118

STATE OF ALABAMA
PLAINTIFF

VS.

JEFFERY JAMES JACKSON - 16703    CASE NO. D.C. 04-467-468
DEFENDANT

FILED
JUL 2 4 2005
Rec'd 7/26/05
CLERK
ALA COURT CRIMINAL APPEALS

## WRIT OF HABEAS CORPUS

COMES NOW, THE PETITIONER JEFFERY JAMES JACKSON PRO SE, PETITION THIS HONORABLE COURT IN THE ABOVE STYLED CAUSE. THE PETITIONER STATES THE FOLLOWING GROUNDS TO SUPPORT HIS PETITION FOR RELIEF:

(1.) PETITIONER IS IN THE CUSTODY OF MONTGOMERY CO. SHERIFF D.T. MARSHALL. THE BASIS OF THE STATE'S CUSTODY IS A FABRICATED COMPLAINT MADE BY DETECTIVE GUY NAQUIN.

(2.) PETITIONER WAS ARRESTED AND CHARGED IN FEBUARY, 2004 AND HAS'NT BEEN INDICTED BY THE MONTGOMERY CO. GRAND JURY.

(3.) PRELIMINARY HEARING WAS HELD ON MARCH 26, 2004 BEFORE THE HON. JUDGE LUCIE McLEMORE, DISTRICT COURT JUDGE, JUDGE McLEMORE FOUND THAT THERE WAS PROBABLE CAUSE FOR THE PETITIONER'S ARREST BASED ON THE ORIGINAL FABRICATED COMPLAINT MADE BY DETECTIVE GUY NAQUIN.

(4.) THE STATE'S CUSTODY OF THE PETITIONER VIOLATES THE CONSTITUTION AND THE LAWS OF THE UNITED STATES, THE STATE'S CUSTODY OF THE PETITIONER ISN'T VALID OR CONSTITUTIONAL...

(5.) PURSUANT TO DET. GUY NAQUIN'S ARREST REPORT,

IT SHOWS THAT THE PETITIONER RESISTED ARREST AFTER A ACCIDENT THAT CAUSED HIM TO BE HOSPITALIZED FROM FEB. 9, 2004 UNTIL FEB. 13, 2004. DET. GUY NAQUIN ALSO ACCUSES THE PETITIONER OF POSSESSING A HAND-GUN, BOTH CHARGES WAS FABRICATED AND HAS'NT BEEN PRESENTED TO THE MONTGOMERY CO. GRAND JURY. AFTER THE PRELIMINARY HEARING ON MARCH 26, 2004. THE ONLY WITNESS THE STATE OFFERED WAS DET. GUY NAQUIN, HE TESTIFIED TO THE PETITIONER COMMITTING WRONGFUL ACTS. THE DETECTIVE COMMITTED PERJURY. THE MONTGOMERY POLICE DEPARTMENT, THE PARAMEDICS WHO SAVED MY LIFE OR WITNESSES AT THE SCENE OF THE ACCIDENT WOULD'NT SUPPORT OR CONFIRM OFFICER NAQUIN CLAIMS. THE PETITIONER WAS UNCONSIOUS AT THE TIME THE POLICE AND PARAMEDIC ARRIVED AT THE SCENE OF THE APPARENT ACCIDENT THAT KILLED THE DRIVER, MARK CIEUTAT. PETITIONER HAS BEEN UNLAWFULLY DETAINED OVER 17 MONTHS.

CONCLUSION

THE PETITIONER IS UNLAWFULLY IN THE CUSTODY OF THE STATE OF ALABAMA, PARTICULARLY THE MONTGOMERY CO. SHERIFF'S DEPARTMENT. THE STATE'S CUSTODY IS BASED ON A FABRICATED COMPLAINT. THE STATE HAVE NOT PRESENTED MY CASE TO THE MONTGOMERY CO. GRAND JURY, DENYING THE PETITIONER HIS 5TH AMENDMENT RIGHT. THE STATE IS REQUIRED TO GRANT TRIAL BY JURY IN CRIMINAL CASES BY PROVISIONS FOUND IN THE BODY OF THE CONSTITUTION (ARTICLE III, SECTION 2) AND THE 6 AMENDMENT. THE STATES MUST RECOGNIZE THAT TRIAL BY JURY IS A FUNDAMENTAL RIGHT IN CRIMINAL CASES.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING PETITION HAS BEEN SERVED, BY HAND DELIVERY, U.S. MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED TO THE HON. MELISSA RITTENOUR, HON. LUCIE McLEMORE, HON. TROY KING, HON. ELEANOR I. BROOKS.

| | |
|---|---|
| HON. MELISSA RITTENOUR<br>CIRCUIT CLERK<br>P.O. BOX 1667<br>MONTGOMERY, AL. 36102 | TROY KING<br>ATTORNEY GENERAL<br>11 SO. UNION ST.<br>MONTGOMERY, AL. 36130 |
| HON. LUCIE McLEMORE<br>DISTRICT JUDGE<br>251 S. LAWRENCE ST.<br>MONTGOMERY, AL. 36104 | ELEANOR I. BROOKS<br>DISTRICT ATTORNEY<br>100 SO. LAWRENCE ST.<br>MONTGOMERY, AL. 36104 |

DONE THIS 24TH DAY OF JULY 2005.

Jeffery J. Jackson
JEFFERY J. JACKSON
PETITIONER

IN THE SUPREME COURT OF ALABAMA
September 28, 2005

FILED
SEP 2 8 2005
CLERK
ALA COURT CRIMINAL APPEALS

1041851

Ex parte Jeffery James Jackson. PETITION FOR WRIT OF HABEAS CORPUS (In re: State of Alabama vs. Jeffery James Jackson) (Montgomery District Court: DC04-487, DC04-488; Criminal Appeals: CR-04-2118).

ORDER

The petitioner having presented to the Court the petition for a writ of habeas corpus, and the same having been duly examined by the Court,

IT IS ORDERED that the petition for a writ of habeas corpus is denied.

Nabers, C.J., and See, Harwood, Stuart, and Bolin, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 28th day of Sept., 20 05

Robert G Esdale, Sr
Clerk, Supreme Court of Alabama