<u>MEMORANDUM TO FILE</u>

FILE

CASE NUMBER  Pending Grand Jury

STATE OF ALABAMA v.  Jeffery J. Jackson

DATE  3-10-05

For good cause shown, in the above referenced case, Todd Carter appointed as counsel for the defense, is hereby released as said counsel.

Winston Durant is hereby appointed to serve as counsel for the defense as of the above date.

_____
JUDGE


RECEIVED
3/10/05
CIRCUIT COURT CLERK


EXHIBIT
F



## Montgomery County Detention Facility
## INMATE REQUEST FORM

DATE: MARCH 27, 2005  TIME: 8:00
NAME: JEFFERY J. JACKSON  BOOKING # 16703  CELLBLOCK 4-C

D.O.B. - MAY 12, 1958
S.S.N - 413/96/5722

*Please check ONLY ONE of the following:*

____ LAUNDRY               ____ PROPERTY
____ RECREATION            ____ VISITATION
✓    CHARGES/BOND INFORMATION   ____ FOOD SERVICE
____ MAIL                  ____ GENERAL LIBRARY
____ CANTEEN               ____ MONEY INFORMATION
____ MEDICAL/DENTAL        ____ OTHER

DATE ARRESTED - FEB 13, 2005

[Stamp: MAR 2005 Filed Melissa Rittenour Circuit Clerk]

*Briefly state your request*

MELISSA RITTENOUR, THE PURPOSE OF THIS REQUEST IS TO OBTAIN A COPY OF THE ARREST WARRANT FOR CASES I'AM DETAINED ON. CASE NO: A.C. 487-488. THIS INFORMATION IS URGENT SEND A.S.A.P.

THANK YOU.

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

---

Date: _____                ACTION TAKEN              Time: _____

_____
_____
_____
_____

Action Taken by: _____
                    Signature

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition. Request Forms will be completed and placed in inmate's file. Inmates will receive a copy when a written response is required.*

Montgomery County Detention Facility
# INMATE REQUEST FORM

*Pending Grand Jury*
*PC 04-487 & 488*

DATE: APRIL 6, 2005          TIME: 8:00
NAME: JEFFERY J. JACKSON     BOOKING # 16703     CELLBLOCK: 4-C

Please check ONLY ONE of the following:

- ___ LAUNDRY
- ___ RECREATION
- ___ CHARGES/BOND INFORMATION
- ___ MAIL
- ___ CANTEEN
- ___ MEDICAL/DENTAL
- ___ PROPERTY
- ___ VISITATION
- ___ FOOD SERVICE
- ___ GENERAL LIBRARY
- ___ MONEY INFORMATION
- ✓ OTHER — ARREST WARRANT

[Stamp: APR 2005 FILED Melissa Rittenour Circuit Clerk]

*Briefly state your request*

MELISSA RITTENOUR,

I NEED A "COPY" OF MY ARREST WARRANT. CHARGE'S: MURDER AND ROBBERY 1ST – D.C. 04-487-488. THIS INFORMATION IS URGENT. PLEASE PROVIDE ME WITH IT AS SOON AS POSSIBLE.

THANK YOU!
Jeffery J. Jackson

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

ACTION TAKEN

_____        Time: _____

_____
_____
_____
_____

Taken by: _____
                Signature

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition

IN THE CIRCUIT COURT OF
MONTGOMERY, CO. ALA.

STATE OF ALABAMA
PLAINTIFF

VS                                CASE NO: D.C. 04-487

JEFFERY J. JACKSON                         D.C. 04-488
DEFENDANT

[Stamp: APR 2005 FILED Melissa Rittenour Circuit Clerk]

## MOTION FOR DISCOVERY

COMES NOW THE DEFENDANT, BY AND THROUGH HIMSELF, MOVES THIS COURT TO ORDER THE STATE OF ALABAMA TO REVEAL THE KIND AND NATURE OF ALL EVIDENCE IN ITS NOTICE OF DISCOVERY TO THE DEFENDANT. IN SUPPORT OF THIS MOTION, THE DEFENDANT STATES THE FOLLOWING:

(1.) DEFENDANT RELIES ON THE AUTHORITY OF BRADY VS. MARYLAND, 373 U.S. 83 (1963) THE SIXTH AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION, AND RULE 16 OF THE ALABAMA RULE OF CRIMINAL PROCEDURE.

(2.) DEFENDANT RELIES ON THE AUTHORITY OF RULE 404(B) ALABAMA RULES OF EVIDENCE, MATTERS THE STATE INTENDS TO USE AGAINST DEFENDANT.

(3.) DEFENDANT IS REQUESTING THAT THE STATE DISCLOSE ANY AND ALL EVIDENCE OR INFORMATION REQUIRED TO BE DISCLOSED.

RESPECTFULLY SUBMITTED THIS ___ DAY OF APRIL

Jeffery J. Jackson

Pending

IN THE DISTRICT COURT OF
MONTGOMERY, ALABAMA CO.

#2-04

JEFFERY JACKSON )
    VS. DEFENDANT )  CASE NO: 000487
                                  )  488
STATE OF ALABAMA )         TMH

[APR 2004 FILED Melissa Ritenour Circuit Clerk stamp]
[FILED DISTRICT COURT OF MONTGOMERY COUNTY AL 2004 APR -6 A 8:07 stamp]

MOTION TO DISMISS

COME NOW, JEFFERY JACKSON IN THE ABOVE ENTITLED CAUSE BY AND THROUGH HIMSELF, MOVE THE COURT TO DISMISS CHARGES ON THE FOLLOWING GROUNDS:
1. PROCEDURAL ERRORS
2. SUBMISSION OF NEW EVIDENCE
3. PREJUDICE.

    I WASN'T MADE AWARE OF WHAT ALL MY RIGHTS WERE. MY RIGHT TO SUPENO WITNESSES WASN'T GIVEN TO ME. THE EVIDENCE USED AGAINST ME WAS MADE UP THIS CAN BE PROVEN BY POLICE REPORTS, PARAMEDIC REPORT, WITNESSES ON THE SCENE. Jeffery Jackson

Pending
GJ

DEAR JUDGE McLEMORE,

EVERYTHING PRESENTED
IN YOUR COURT BY THE STATE WAS
WITHOUT DOUBT "FLASE" CONCERNING
ME. YAW FOUND PROBABLE CAUSE BASED
ON FLASE TESTIMONY BY YOUR
INVESIGATOR. HE LIED TO YOU CONCERNING
THE CHARGES I AM NOW BEING HELD ON.
THATS ILLEGAL DETAINMENT. HE BROKE THE
LAW KNOWINGLY.



Thank You
Jeffery Jackson

Jeffery J. Jackson

IN THE CIRCUIT COURT OF
MONTGOMERY, CO. ALA.

Pending GJ

| | |
|---|---|
| STATE OF ALABAMA<br>    PLAINTIFF<br>VS<br>JEFFERY J. JACKSON<br>    DEFENDANT | CASE NO: A.C. 04-487<br>A.C. 04-488<br>RECEIVED<br>APR 06 2005<br>DISTRICT COURT |

APR 2005 Filed
Melissa Rittenour
Circuit Clerk

MOTION FOR FINAL DISPOSITION

I, THE DEFENDANT, JEFFERY J. JACKSON PRO SE, HEREBY MOVE THIS HONORABLE COURT FOR THE FINAL DISPOSITION ON THE ABOVE CASE NO: IN SUPPORT OF THIS MOTION, THE DEFENDANT STATES THE FOLLOWING:

(1.) DEFENDANT IS ENTITLED TO DISCOVERY, PURSUANT TO THE WORK PRODUCE DOCTRINE.

(2.) DEFENDANT RELIES ON THE AUTHORITY OF BRADY VS. MARYLAND, 373 U.S. 83 (1963), GILES VS. MARYLAND, 386 U.S. 66 (1976), THE SIXTH AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION, RULE 16 OF THE ALABAMA RULES OF CRIMINAL PROCEDURE.

RECEIVED

RESPECTFULLY SUBMITTED THE 3RD DAY OF APRIL 2005

DISTRICT COURT

Sincerely,
Jeffery J. Jackson

JEFFERY J. JACKSON
D.O.B. 5/12/58    S.S.N. 418/96/5722

MAY 16, 2005

OFFICE OF THE CLERK
MONTGOMERY CO. CIRCUIT CLERK

RE: EXPLANATION TO DEFENDANT AT FIRST COURT APPEARANCE
    AND RELEASE ORDER AND GRAND JURY INDICTMENT

MS. RITTENOUR,

I'AM RESPECTFULLY REQUESTING INFORMATION PERTAINING TO THE ABOVE REFERENCED CASE NO: ~~DC 04-48~~

(1.) HAVE MY CASE BEEN BEFORE A GRAND JURY.

(2.) I NEED A "COPY" OF MY — EXPLANATION TO DEFENDANT AT FIRST COURT APPEARANCE AND RELEASE ORDER.

THE ABOVE INFORMATION IS VERY URGENT. THANK YOU IN ADVANCE FOR YOUR ASSISTANCE IN THIS MATTER.

                                Sincerly,
                                Jeffery J. Jackson

Montgomery County Detention Facility
# INMATE REQUEST FORM

GS

DATE: MARCH 27, 2005     TIME: 8:00
NAME: JEFFERY J. JACKSON     BOOKING # 16703    CELLBLOCK 4-C

*Please check ONLY ONE of the following:*

____ LAUNDRY                         ____ PROPERTY
____ RECREATION                      ____ VISITATION
____ CHARGES/BOND INFORMATION        ____ FOOD SERVICE
____ MAIL                            ____ GENERAL LIBRARY
____ CANTEEN                         ____ MONEY INFORMATION
____ MEDICAL/DENTAL                   ✓   OTHER

*Briefly state your request*

DEAR M. RITTENOUR - INITIALLY I WAS CHARGED WITH MURDER & ROBBERY, A.C. 487-488. MURDER - A.C. 487 WAS BOUND OVER TO THE GRAND JURY - MARCH 26, 2004. I NEED THE TRANSCRIPT OF MY PRELIMINARY HEARING! THE DUE PROCESS CLAUSES OF STATE CONSTITUTION REQUIRE PROPER PROCEDURE BE FOLLOWED. THANK YOU!

Jeffery Jackson

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

ACTION TAKEN

Date: _____     Time: _____

[Stamp: MAR 2005 Filed Melissa Rittenour Circuit Clerk]

Action Taken by: _____
                    Signature

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Montgomery County Detention Facility

# INMATE REQUEST FORM

DATE: MARCH 6, 2005          TIME: 8:00
NAME: JEFFERY J. JACKSON    BOOKING # 16703    CELLBLOCK 4-C

*Please check ONLY ONE of the following:*

\_\_\_\_ LAUNDRY                     \_\_\_\_ PROPERTY
\_\_\_\_ RECREATION                  \_\_\_\_ VISITATION
\_\_\_\_ CHARGES/BOND INFORMATION    \_\_\_\_ FOOD SERVICE
✓ MAIL – HAND MAIL                  \_\_\_\_ GENERAL LIBRARY
\_\_\_\_ CANTEEN                     \_\_\_\_ MONEY INFORMATION
\_\_\_\_ MEDICAL/DENTAL              \_\_\_\_ OTHER

*Briefly state your request*

MS. RITTENOUR - IN ALL CRIMINAL PROSECUTION, THE ACCUSE SHALL HAVE THE RIGHT TO THE ASSISTANCE OF COUNCIL FOR HIS DEFENSE. (6 AMENDMENT RIGHT.) I WAS APPOINTED ANTHONY T. CARTER. HE HASN'T HELP ME AT ALL. WHAT CAN I DO TO GET THE HELP I NEED IN MY DEFENSE.   THANK YOU.

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

*Jeffery J. Jackson*

ACTION TAKEN

Date: _____     Time: _____

Action Taken by: _____
                   Signature

[Stamp: MAR 2005 Filed, Melissa Rittenour, Circuit Clerk]

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Revised 01