R-84 (Rev. 08-31-1999)  **FINAL DISPOSITION REPORT**  Leave Blank

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**
(See instructions on *reverse side*)

**FBI No.**

**Final Disposition & Date**
(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

**Name on fingerprint Card Submitted to FBI**
Last     First     Middle

JACKSON, JEFFERY JAMES

**Date of Birth** 05/12/58     **Sex** M

**Henry Fingerprint Classification From FBI 1-B Response**

**State Bureau No. (SID)**     **Social Security No. (SOC)**
                                418965722

**Contributor of Fingerprints** (Include complete name and location of agency together with ORI number.)

Sheriff's Office
Montgomery, AL
AL0030000

**This Form Submitted By:**
(Name, Title, Agency, ORI No., City & State)

Signature     Date
Title

**Arrest No. (OCA)**     **Date Arrested or Received**
16703                    02/18/2004

☐ COURT ORDERED EXPUNGEMENT:
Certified or Authenticated Copy of Court Order Attached.

**Offenses Charged at Arrest**
20040218 ROBBERY I 04F-305
20040218 MURDER 04F-306
20040218 FTA BREAKING & ENTERING VEHICLE CC91-163
20040218 FTA T.O.P. II/REC STOLEN PROP II CC99-2133

RECEIVED
FEB 19 2004
DISTRICT COURT



EXHIBIT G