STATE OF ALABAMA ) IN THE DISTRICT COURT FOR
Vs. Jeffery Jackson ) MONTGOMERY COUNTY, ALABAMA
) CASE NO. DC04-457-458

### EXPLANATION TO DEFENDANT AT FIRST COURT APPEARANCE AND RELEASE ORDER

This is to advise you of certain procedures, rights and information concerning your arrest. You are charged with a felony. The Court will read the name and address on the charge and if it is not correct you are to inform the Court of your true name and address. You are charged with the following offense(s) _Murder & Robbery 1st_.

You have the right to be represented by an attorney and you will be afforded time and opportunity to retain counsel; however, if you cannot afford an attorney one will be appointed after you make an application for appointment. You also have the right to remain silent and anything you voluntarily say, with knowledge of your rights, may be used against you. Any conversations with your attorney are confidential and cannot, and will not, be disclosed by your attorney. You are charged with a felony and you have the right to demand a preliminary hearing within thirty (30) days of the date of arrest.

[ ] The Court being reasonably assured that Defendant will appear as required and that Defendant's being at-large does not pose a real and present danger to others or to the public at-large, Defendant is ORDERED released on his personal recognizance subject to the conditions enumerated in this form.

[✓] The Court not being reasonably assured that Defendant will appear as required and/or that Defendant's being at-large may pose a real and present danger to others or to the public at-large, it is ORDERED that the Defendant be released, but only upon compliance with the following condition(s), as well as the additional condition(s) appearing in this form:

✓ CONDITIONS OF RELEASE $50,000⁰⁰ + $30,000⁰⁰
_____ Execution of a secured appearance bond of $_____.

_____ Defendant's being released only into the custody of _____.

_____ The following restrictions being placed on the Defendant's travel, association, or place of abode during the periods of release: _____

_____ Other conditions _____

### OTHER CONDITIONS OF RELEASE
1. The Defendant must appear to answer and submit to all orders and process of the Court having jurisdiction of the case.
2. The Defendant must refrain from committing any criminal offense.
3. The Defendant may not depart from the State of Alabama without the leave of the Court having jurisdiction of this case.
4. The Defendant must promptly notify the Court of any change of the Defendant's address or telephone number.

The provisions of this Release Order may be revoked or modified by the Court for cause. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

[ ] Attorney to be appointed _____.

Served on Defendant in open Court this date 6/17/04.

_____
DISTRICT JUDGE

**EXHIBIT K**