IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON,
PETITIONER,

V.

D.T. MARSHALL, et al.,
RESPONDENTS.

CIVIL ACTION NO. 2:05-cv-01164-F

RECEIVED
2006 MAR -5
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION FOR LEAVE TO FILE
MOTION TO COMPEL

COME NOW THE PETITIONER, JEFFERY J. JACKSON PRO,SE AND MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE. PETITIONER REQUEST SAID COURT TO GRANT SAID MOTION FOR LEAVE TO FILE MOTION TO COMPEL AS PERMISSION UNDER C.R.C.P.

PETITIONER, WHO HAS FILED EVERYTHING (PRO,SE) RESPECTFULLY REQUEST THAT THIS HONORABLE COURT LOOK UPON THIS ACTION UNDER ACT OF (PRO,SE) FILING OF A LAYMAN WHO IS DOING SO WITH THE BEST UNDERSTANDING OF THE (LAW.)

RESPECTFULLY SUBMITTED THIS 2ND
DAY OF MARCH 2006.

Jeffery J. Jackson
PRO,SE - PETITIONER