IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-1164-MEF |
| D.T. MARSHALL, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to File a Motion to Compel, and for good cause, it is

ORDERED that the Motion for Leave to File a Motion to Compel (Doc. No. 19) be and is hereby GRANTED.

Upon review of Petitioner's Motion to Compel, wherein he requests the court to compel the State of Alabama and/or the District Attorney for Montgomery County, Alabama, to submit his criminal case to a grand jury, and for good cause, it is

ORDERED that the Motion to Compel be and is hereby DENIED.

Done, this 10th day of March 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE