Jeffery J. Jackson
Plaintiff: M.C.D.F.     2:05cv1164

RECEIVED
2006 MAY -2 A 9:43

AFFIDAVIT / SWORN STATEMENT

My name is Jeffery J. Jackson; I am over the age of (19) years; I am presently incarcerated in the Montgomery Co. Detention Facility.

I am the Plaintiff in this case, I state that because of my poverty I am unable to provide the court and defendants with sufficient evidentiary materials developed through discovery which set forth specific facts demonstrating there is a genuine issue of material fact for trial in this case.

I recognize that I may be prosecuted for any false statements which I may make herein. I declare under penalty of perjury that the foregoing and following is true and correct.

C.C. 91-163, on March 23, 1995 was ran concurrent with C.C. 81-723 by Judge: Sally M. Greenhaw
C.C. 99-2133, on June 17, 2002 was ran concurrent with C.C. 91-163 by Judge: Sally M. Greenhaw.

SCANNED

Defendant pursued prosecution on C.C. 91-163 after I E.O.S. February 2, 2001.

PLAINTIFF WHO HAS FILED EVERYTHING PRO,SE IS UNABLE TO PRESENT, BY AFFIDAVIT, COPIES OF ALL OF THE FACTS ESSENTIAL TO JUSTIFY OPPOSITION TO DEFENDANTS' SPECIAL REPORT FOR THE FOLLOWING REASONS:

(1.) PLAINTIFF IS INDIGENT AND IS UNABLE TO PAY THE COST TO HAVE COPIES MADE OF ALL THE MATERIAL NEEDED TO JUSTIFY OPPOSITION.

(2.) PLAINTIFF DO NOT HAVE COPIES OF THE (EXPLANATION OF RIGHTS AND PLEA OF GUILT-FORMS) IN C.C. 99-2133. DEFENDANTS' DID NOT PROVIDE COPIES OF THE (FORMS) CERTIFYING PLAINTIFF TRUE DETENTION.

(3). PLAINTIFF IS UNABLE TO ARTICULATE ADEQUATELY THE FACTS AND NEEDS ASSISTANCE OF AN ATTORNEY IN WHICH THE PLAINTIFF REQUESTED WAS DENIED BY THIS COURT FOR GOOD CAUSE.

THE INFORMATION SET FORTH IN THE FOREGOING SWORN STATEMENT IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED
APRIL 30TH 2006.

Jeffery J. Jackson
PRO,SE - PLAINTIFF

ENCLOSED IS A CERTIFIED COPY OF AN AFFIDAVIT OF GINA SAVAGE, DIRECTOR OF COUNTY JAIL. THEFT OF PROPERTY I IS A WRONGFULLY CONVICTION BREAKING AND ENTERING - PLAINTIFF E.O.S. 2-2-2001.