IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON, 16703
PETITIONER,

V.                                         2:05-CV-1164-MEF

D.T. MARSHALL-SHERIFF, et al.,
RESPONDENTS.

OBJECTIONS TO THE RECOMMENDATION OF
MAGISTRATE JUDGE

COME NOW THE PETITIONER, JEFFERY J. JACKSON PRO SE IN RESPONSE TO THIS HONORABLE COURT'S ORDER TO FILE OBJECTIONS TO THE RECOMMENDATION MADE MAY 10, 2006.

THE PETITIONER, A STATE PRETRIAL DETAINEE, IS ENTITLED TO RAISE CONSTITUTIONAL CLAIMS IN A FEDERAL HABEAS PROCEEDING UNDER § 2241 IF TWO REQUIREMENTS ARE SATISFIED. FIRST, THE PETITIONER MUST BE IN CUSTODY. SEE 28 U.S.C. § 2241(C); DICKERSON, 816 F.2d at 224.
PETITIONER IS IN CUSTODY AT THE MONTGOMERY CO. DETENTION FACILITY
SECOND, PETITIONER MUST HAVE EXHAUSTED AVAILABLE STATE REMEDIES.
PETITIONER CURRENTLY DO NOT HAVE AVAILABLE AN ADEQUATE PROCEDURE. BRADEN V. 30th JUDICIAL CIRCUIT. Ct. OF KY., U.S. 484, 489 (1973).       PG. (1.)

ON APRIL 12, 2006, PETITIONER WAS INFORMED BY COUNTY OFFICIALS THAT HE WAS INDICTED FOR MURDER AND NOT FIRST DEGREE ROBBERY IN WHICH THE ARREST WAS BASED ON.

PETITIONER RECIEVED NOTICE FROM THE CIRCUIT COURT THROUGH HAND MAIL BY A COUNTY JAIL OFFICER INFORMING HIM THAT PRE-TRIAL STATUS CONFERENCE SET MAY 10, 2006, AT 9:00 AM AND TRIAL SET MAY 15, 2006, AT 9:00 A.M., IN COURTROOM 4B, 4TH FLOOR, MONTGOMERY CO. COURTHOUSE, MONTGOMERY, AL. TRINA WILLIAMS, APPOINTED BY JUDGE: EUGENE REESE FOR DEFENDANT

PETITIONER CAN NOT PRESENT HIS CLAIMS TO THE CIRCUIT COURT BECAUSE OF A CLEAR DENIAL OF HIS RIGHT TO BE PRESENT. PETITIONER HAVE NOT BEEN ARRAIGNED FOR ROBBERY FIRST DEGREE OR INTENTIONAL MURDER.
PURSUANT TO RULE 14.2 (a) A FORMAL ARRAIGNMENT IS MANDATORY PROCEDURE IN WHICH THE STATE MUST COMPLY WITH.

ON MAY 10TH 2006, PETITIONER WAS TAKEN TO A PRETRIAL STATUS CONFERENCE IN WHICH HE DID NOT APPEAR IN COURT. PETITIONER ALSO, DID NOT RECIEVE ASSISTANCE FROM HIS COURT APPOINTED ATTORNEY ON MAY 10TH 2006.
CERTAIN STEPS ARE MANDATORY AT ARRAIGNMENT, NOTICE OF CHARGES (AS REQUIRED BY ART. 1, § 6, ALA. CONSTITUTION OF 1901) AND RECIEVE COUNSEL AT EVERY STAGE OF THE TRIAL.
RULE 9.1 A.R.CRIM.P IS BASED ON RULE 43 FED.R.CRIM.P., AND RULE 713 UNIF. R. CRIM. P.

PAGE - (2.)

RULE 9.1 SET FORTH THE RIGHT OF THE DEFENDANT TO BE PRESENT AT EVERY STAGE OF THE TRIAL.

DEFENDANT CURRENTLY WILL NOT RECIEVED A TRIAL BY JURY BECAUSE ARRAIGNMENT IS A MANDATORY PROCEDURE IN WHICH THE COURT DID NOT COMPLY WITH. PURSUANT TO RULE 14.1(A) A.R.CRIM.P., NO DEFENDANT SHALL BE TRIED FOR THE COMMISSION OF ANY FELONY OFFENSE UNTIL HE HAS BEEN ARRAIGNED IN OPEN COURT.

IN ORDER TO EXHAUST STATE REMEDIES, A PETITIONER MUST FAIRLY APPRISE THE HIGHEST STATE COURT OF THE FEDERAL RIGHTS THAT WERE ALLEGEDLY VIOLATED. SEE O'SULLIVAN V. BOERCKEL, 526 U.S. 838 (845 ?1999); RICHARDSON V. PROCUNIER, 762.F.2d 429, 432 (5TH CIR. 1985).

EXCEPTIONS EXIT TO THE EXHAUSTION REQUIREMENT WHEN THERE IS ABSENCE OF AVAILABLE STATE CORRECTIVE PROCESS IN THE EXISTENCE OF CIRCUMSTANCES RENDERING SUCH PROCESS INEFFECTIVE TO PROTECT THE RIGHT OF THE PRISONER." HOWARD V. DAVIS, 815 F.2d 1429, 1430 (11TH CIRCUIT 1987); 28 U.S.C. § 2254 (b).

EXCEPTIONAL CIRCUMSTANCES EXIST BECAUSE, AVAILABLE STATE COURT REMEDIES HAS BEEN DENIED TO THE PETITIONER BY THE CIRCUIT COURT WITH JURISDICTION TO REVIEW HIS FEDERAL CLAIMS. A PRETRIAL DETAINEE MAY ADJUDICATE THE MERITS OF HIS CLAIMS BEFORE A JUDGEMENT OF CONVICTION IF EXCEPTIONAL CIRCUMSTANCES

CIRCUMSTANCES EXIST THAT WARRANT FEDERAL COURT INTERFERENCE IN THIS MATTER PURSUANT TO 28 U.S.C. § 2241 (c); DICKERSON, 816 F.2d at 224.

PETITIONER IS NOT IN CUSTODY PURSUANT TO ARREST OF INTENTIONAL MURDER AND FIRST DEGREE ROBBERY. PETITIONER RECEIVED NOTICE FROM THE CIRCUIT COURT OF MONTGOMERY THAT HE IS TO BE TRIED ON MAY 5, 2006 FOR MURDER, 13A-6-2 CODE OF ALABAMA, (1975)

ROBBERY FIRST DEGREE AND INTENTIONAL MURDER IS A **FABRICATED COMPLAINT**, MADE BY LAW ENFORCEMENT OFFICERS. PETITIONER HAVE BEEN INCARCERATED (2) YEAR 3 MONTHS WITHOUT TRIAL BY JURY ON THE CHARGES OF FIRST DEGREE ROBBERY AND INTENTIONAL MURDER.

IT IS THE RECOMMENDATION OF THE MAGISTRATE JUDGE THAT THE PETITION FOR HABEAS CORPUS RELIEF BE DISMISSED WITHOUT PREJUDICE TO AFFORD PETITIONER AN OPPORTUNITY TO EXHAUST ALL AVAILABLE STATE COURT REMEDIES. THE COURT CONCLUDES THAT THE INSTANT HABEAS CORPUS ACTION SHOULD BE DISMISSED BECAUSE PETITIONER FAILED TO EXHAUST STATE REMEDIES WITH RESPECT TO ANY OF THE CLAIMS RAISED THEREIN.

PETITIONER OBJECT TO THE FINDING OF THE MAGISTRATE JUDGE FOR THE REASON STATED ABOVE. PETITIONER IS ENTITLED TO FEDERAL REVIEW PURSUANT TO U.S.C. § 2241.

PAGE — (4.)

CONCLUSION

WHEREAS PETITIONER HAVE SHOWN THAT HE IS ENTITLED TO RELIEF, THE CLAIMS RAISED IN THE PETITION SHOULD BE REVIEWED AND THEN RELIEF GRANTED TO THE PETITIONER.

DONE THIS 14TH DAY OF MAY 2006.

*Jeffery J. Jackson*
PRO, SE - PETITIONER

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS (14) DAY OF MAY, 2006, I SERVED A COPY OF THE FOREGOING ON THE RESPONDENTS, BY PLACING THE SAME IN THE UNITED STATES MAIL, LOCATED AT THE MONTGOMERY CO. DET. FACILITY, POSTAGE PREPAID, AND ADDRESSED AS FOLLOWS:

OFFICE OF THE ATTORNEY GENERAL
ALA. STATE HOUSE
11 SOUTH UNION ST.
MONTGOMERY, AL. 36130-0152

HASKELL SLAUGHTER YOUNG & GALLION, LLC
P.O. BOX 4660
MONTGOMERY, AL. 36103-4660
ATTORNEY FOR RESPONDENT
    D.T. MARSHALL - SHERIFF

Jeffery J. Jackson
PRO SE - PETITIONER

PAGE - (6)