IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JEFFERY JAMES JACKSON, )
)
    Petitioner, )
)
v. )    CASE NO. 2:05-cv-1164-MEF
)
D. T. MARSHALL, *et al.*, )        (WO)
)
    Respondents. )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #24) filed on May 16, 2006 are OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge entered on May 10, 2006 (Doc. #23) is ADOPTED;

(3)  The petition for habeas corpus relief is DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

DONE this 18th day of May, 2006.

                                    /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE